JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRES GOMEZ,<br><br>        Plaintiff,<br><br>   vs.<br><br>CRYSTAL VISION; LANDWIN INVESTMENTS, LLC; and DOES 1 through 10,<br><br>        Defendants. | **Case No.: 2:16-cv-09218-JFW (RAOx)**<br>Hon. John F. Walter<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>Complaint Filed: 12/19/2016<br>Trial Date:      None |

Based on the stipulation of the parties and for good cause shown:

IT IS HEREBY ORDERED that the entire action is dismissed with prejudice, each side to bear their own fees and costs.

DATED: August 18, 2017          _____

                                                       United States District Court Judge